## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Diana Snyder, :
                    Petitioner :
                    :
           v. : No. 191 C.D. 2022
                    :
County of Allegheny and UPMC :
Benefit Management Services, Inc. :
(Workers' Compensation :
Appeal Board), :
              Respondents :

**PER CURIAM**                    **O R D E R**

NOW, March 31, 2023, upon consideration of Petitioner's application for reconsideration, and Respondents' answer in response thereto, the application is DENIED.